No. 90–5064. VELASQUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5067. TURNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5068. WINSTON *v.* KOSSOFF. C. A. 2d Cir. Certiorari denied.

No. 90–5069. THIEMECKE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5070. SHERRILLS *v.* MCMACKIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–5072. BELGARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5074. BOGGESS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–5075. BEDONY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–5076. STREET *v.* FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–5077. PROFFIT ET AL. *v.* KOZLOWSKI ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5080. BELLO *v.* VIRGINIA EMPLOYMENT COMMISSION. Ct. App. Va. Certiorari denied.

No. 90–5081. DAVIS *v.* PHARIES ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5082. GREEN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 90–5083. SCOTT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5084. CHURCH *v.* THOMPSON ET AL. C. A. 4th Cir. Certiorari denied.